JOSEPH A. COLALILLO v. THE MAYOR AND COUNCIL OF THE BOROUGH OF BOUND BROOK.

February 5, 1979. Petition for certification denied.

CERTIFIED STEEL COMPANY v.
JERSEY CENTRAL DESIGN & ENGINEERING CO.

February 5, 1979. Petition for certification denied.

JOE L. WILLIAMS v. UNIROYAL INC.

February 5, 1979. Petition for certification denied.

THE MALAKER CORPORATION STOCKHOLDERS PROTEC-TIVE COMMITTEE v. FIRST JERSEY NATIONAL BANK.

February 5, 1979. Petition for certification denied. (See 163 *N. J. Super.* 463)

PAULINA FERNANDEZ v.
SELECTED RISKS INSURANCE COMPANY.

February 5, 1979. Petition for certification granted. (See 163 *N. J. Super.* 270)